**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
RONALD DAVIDSON,

                                Plaintiffs,                  **22-CV-8936 (PGG) (VF)**

                  -against-                          **<u>ORDER</u>**

OFFICE OF COURT ADMINISTRATION;
LAWRENCE MARKS; ALIA RAZZAQ;
TRACEY FERDINAND; JOHN SULLIVAN;
JOHN DOE; and DENIS KEHOE,

                                Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       A conference in this matter is hereby scheduled for **<u>Monday, June 5, 2023, at 10:30</u>**

**<u>a.m. in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New</u>**

**<u>York.</u>** Counsel and parties are required to follow the Court's COVID-safety protocols and should

review the Court's website in advance of the conference for the most up to date information.

                      **SO ORDERED.**

DATED:      New York, New York
              May 19, 2023

                                  _____
                                    VALERIE FIGUEREDO
                                    United States Magistrate Judge