UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RONALD DAVIDSON,

                                Plaintiffs,                22-CV-8936 (PGG) (VF)

            -against-                                 **ORDER**

OFFICE OF COURT ADMINISTRATION;
LAWRENCE MARKS; ALIA RAZZAQ;
TRACEY FERDINAND; JOHN SULLIVAN;
JOHN DOE; and DENIS KEHOE,

                                Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      Plaintiff's request for an extension of time to file objections to the Order at ECF No. 28 is

**GRANTED.** Plaintiff is directed to file an such objections by no later than **July 20, 2023.**

      The Clerk of Court is directed to terminate the motion at ECF No. 31.

                   **SO ORDERED.**

DATED:    New York, New York
               June 20, 2023

                                                                  _____
                                                                VALERIE FIGUEREDO
                                                                United States Magistrate Judge