UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RONALD DAVIDSON,

                       Plaintiffs,                22-CV-8936 (PGG) (VF)

      -against-                            **ORDER**

OFFICE OF COURT ADMINISTRATION;
LAWRENCE MARKS; ALIA RAZZAQ;
TRACEY FERDINAND; JOHN SULLIVAN;
JOHN DOE; and DENIS KEHOE,

                       Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       On April 8, 2024, Plaintiff submitted a letter requesting leave to file his medical records under seal. See ECF No. 66. In the letter, Plaintiff states that these documents will inform the Court's decision-making about accommodations and modifications of procedure for him as a litigant with neurological disabilities. Id.

       As the Court has stated before, the Court will provide Plaintiff with the reasonable accommodations he may require during the pendency of this case so long as Plaintiff alerts the Court to the need for the accommodation. See ECF No. 39. Plaintiff's medical records must be filed in connection with an amended complaint or a motion, and the issue can be raised at that time. The Court does not need Plaintiff's medical records in the case's record by themselves, irrespective of whether they relate to any particular issue in the case or a pending motion.

       SO ORDERED.

DATED:    New York, New York
               April 11, 2024

                                                            VALERIE FIGUEREDO
                                                             United States Magistrate Judge