UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RONALD DAVIDSON,

                              Plaintiffs,                  **22-CV-8936 (PGG) (VF)**

            -against-                            **ORDER**

OFFICE OF COURT ADMINISTRATION;
LAWRENCE MARKS; ALIA RAZZAQ;
TRACEY FERDINAND; JOHN SULLIVAN;
JOHN DOE; and DENIS KEHOE,

                              Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The Court will address Plaintiff's motion for a preliminary injunction (ECF Nos. 84-86) at the upcoming conference scheduled for Tuesday, May 21, 2024 at 2:30 p.m. in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York.

       **SO ORDERED.**

DATED:    New York, New York
               May 16, 2024

                                                              _____
                                                              VALERIE FIGUEREDO
                                                              United States Magistrate Judge