UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RONALD DAVIDSON,

                    Plaintiffs,                    22-CV-8936 (PGG) (VF)

    -against-                           **ORDER**

OFFICE OF COURT ADMINISTRATION;
LAWRENCE MARKS; ALIA RAZZAQ;
TRACEY FERDINAND; JOHN SULLIVAN;
JOHN DOE; and DENIS KEHOE,

                    Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The Court has been informed by Plaintiff's counsel that Plaintiff is unable to attend the status conference in this matter currently scheduled for May 21, 2024, at 2:30 p.m. The conference is therefore **rescheduled for Thursday, June 6, 2024, at 2:30 p.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York.

      Plaintiff is reminded that the deadline to file a second amended complaint is May 31, 2024. The Court is aware that Plaintiff's pro bono counsel has drafted a second amended complaint for him. Plaintiff is encouraged to file the complaint by the deadline.

      SO ORDERED.

DATED:    New York, New York
              May 20, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge