UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RONALD DAVIDSON,

                        Plaintiffs,                    22-CV-8936 (PGG) (VF)

     -against-                          **ORDER RESCHEDULING
                                                      IN-PERSON CONFERENCE**

OFFICE OF COURT ADMINISTRATION;
LAWRENCE MARKS; ALIA RAZZAQ;
TRACEY FERDINAND; JOHN SULLIVAN;
JOHN DOE; and DENIS KEHOE,

                        Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The status conference in this matter currently scheduled for June 6, 2024, at 2:30 p.m. is hereby rescheduled for Monday, **June 24, 2024, at 2:20 p.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York.

      The Clerk of Court is respectfully directed to terminate the motion at ECF No. 90.

      **SO ORDERED.**

DATED:    New York, New York
                May 29, 2024

                                                                   _____
                                                                   VALERIE FIGUEREDO
                                                                   United States Magistrate Judge