UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RONALD DAVIDSON,

                            Plaintiffs,                    22-CV-8936 (PGG) (VF)

         -against-                    **ORDER SCHEDULING IN-PERSON CONFERENCE**

OFFICE OF COURT ADMINISTRATION;
LAWRENCE MARKS; ALIA RAZZAQ;
TRACEY FERDINAND; JOHN SULLIVAN;
JOHN DOE; and DENIS KEHOE,

                           Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

An in-person status conference in this matter is currently scheduled for **Thursday, July 18, 2024 at 10:00 a.m.** That conference is hereby rescheduled for: **Monday, August 26, 2024, at 10:00 a.m. in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York.**

        **SO ORDERED.**

DATED:    New York, New York
               July 12, 2024

                                                                            VALERIE FIGUEREDO
                                                                             United States Magistrate Judge