UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RONALD DAVIDSON,

                        Plaintiffs,          **22-CV-8936 (PGG) (VF)**

    -against-                                  **ORDER**

OFFICE OF COURT ADMINISTRATION;
LAWRENCE MARKS; ALIA RAZZAQ;
TRACEY FERDINAND; JOHN SULLIVAN;
JOHN DOE; and DENIS KEHOE,

                        Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       Plaintiff, proceeding *pro se*, writes the Court regarding a "Motion re Form D-P in Context of Interlocutory Appeal", submitted on May 9, 2024. See ECF No. 83. Plaintiff's motion appears to state that a transcript of the Status Conference held on June 5, 2023 was not provided to Plaintiff, which prevents him from completing his interlocutory appeal to the Second Circuit. Id. at 2-3. To the extent Plaintiff is requesting a copy of the transcript of the June 5 conference, the transcript is on the docket at ECF No. 29. A copy of the transcript, with this order, is also being sent via e-mail to Plaintiff.

       SO ORDERED.

DATED:     New York, New York
               August 26, 2024

                                                                     _____
                                                                     VALERIE FIGUEREDO
                                                                     United States Magistrate Judge