UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RONALD DAVIDSON,

                                Plaintiffs,                    **22-CV-8936 (PGG) (VF)**

                -against-                                 **ORDER**

OFFICE OF COURT ADMINISTRATION;
LAWRENCE MARKS; ALIA RAZZAQ;
TRACEY FERDINAND; JOHN SULLIVAN;
JOHN DOE; and DENIS KEHOE,

                                Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       Defendants are directed to file their motion to dismiss Plaintiff's first amended Complaint, ECF No. 34, by **Friday, September 27, 2024**. Plaintiff is directed to file any opposition brief by **Wednesday, November 27, 2024**. Defendants are directed to file any reply brief by **December 18, 2024**. If any party requires an extension, they should request one.

       As discussed at the conference on August 26, 2024, the Court was to inquire as to the use of the library by *pro se* litigants. The Court has confirmed that neither the Second Circuit, nor the Southern District of New York, has library services which are open to *pro se* litigants.

       Finally, as discussed at the conference on August 26, 2024, the Court is amenable to providing Plaintiff with additional reasonable accommodations for his disability during the pendency of his case. This includes sending him transcripts of all in-person conferences to the e-mail on file. The Court will therefore send a copy of the transcript of the August 26, 2024 conference to Plaintiff via e-mail once the transcript is available. Should Plaintiff need other accommodations, Plaintiff should reach out to the Court and the Court will do its best to accommodate Plaintiff's disability.

**SO ORDERED.**

DATED:   New York, New York
         August 26, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge