UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

RONALD DAVIDSON,

                                          Plaintiff,                              **22-CV-8936 (PGG) (VF)**

                            -against-                                      **ORDER**

OFFICE OF COURT ADMINISTRATION;
LAWRENCE MARKS; ALIA RAZZAQ;
TRACEY FERDINAND; JOHN SULLIVAN;
JOHN DOE; and DENIS KEHOE,

                                          Defendants.

-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge.**

        On May 7, 2024, Plaintiff wrote the Court regarding a "Motion re Accommodation for Neurological Disabilities and Necessary Prophylactic Interactive Processes." ECF No. 77. As previously discussed at conferences on June 5, 2023, and August 26, 2024, the Court is amenable to providing Plaintiff with reasonable accommodations during the pendency of the case. For this reason, the Court has agreed to provide Plaintiff with a copy of the transcript of the conference on August 26. The Court has also agreed to inquire as to the feasibility of having conferences transcribed for Plaintiff in real time, as Plaintiff requested during the conference on August 26. Should Plaintiff need other accommodations, Plaintiff should inform the Court and the Court will do its best to accommodate Plaintiff's disability.

        The Clerk of Court is respectfully directed to terminate the motion at ECF No. 77.

        **SO ORDERED.**

DATED:     New York, New York
                August 26, 2024

                                                                         _____
                                                                       VALERIE FIGUEREDO
                                                                       United States Magistrate Judge