UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RONALD DAVIDSON,

                                     Plaintiff,                      22-CV-8936 (PGG) (VF)

        -against-                                  **ORDER SCHEDULING**
                                                                         **COMPETENCY HEARING**

OFFICE OF COURT ADMINISTRATION;
LAWRENCE MARKS; ALIA RAZZAQ;
TRACEY FERDINAND; JOHN SULLIVAN;
JOHN DOE; and DENIS KEHOE,

                                  Defendants.
-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge.**

       The Court is aware that Plaintiff has been previously appointed a guardian ad litem in a state court proceeding. See ECF Nos. 40-3, 40-7. Given this evidence, the Court is obligated under Federal Rule of Civil Procedure 17 to hold a hearing to determine whether Plaintiff is competent to pursue his lawsuit. See, e.g., Ferrelli v. River Manor Health Care Ctr., 323 F.3d 196, 201 (2d Cir. 2003). Accordingly, a hearing is hereby scheduled for **Thursday, September 26, 2024 at 10:00 a.m. in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York.** This Order has been sent via e-mail to Plaintiff's prior guardian, Mr. William Gilinsky, to inform him of the hearing. Mr. Gilinsky is hereby directed to attend the hearing on September 26. Additionally, the briefing schedule for Defendants' forthcoming motion to dismiss (see ECF No. 103) is hereby stayed pending a resolution of the Rule 17 inquiry.

       SO ORDERED.

DATED:         New York, New York
                   August 27, 2024                         _____
                                                                  VALERIE FIGUEREDO
                                                                   United States Magistrate Judge