UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RONALD DAVIDSON,

                      Plaintiff,                          **22-CV-8936 (PGG) (VF)**

      -against-                                  **ORDER SCHEDULING**
                                                        **COMPETENCY HEARING**

OFFICE OF COURT ADMINISTRATION;
LAWRENCE MARKS; ALIA RAZZAQ;
TRACEY FERDINAND; JOHN SULLIVAN;
JOHN DOE; and DENIS KEHOE,

                      Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge.**

       On August 27, 2024, the Court scheduled a hearing for Tuesday, September 26, 2024 to determine whether Plaintiff is competent to pursue his lawsuit. See ECF No. 106. Following this, the Court was informed that Plaintiff's prior guardian *ad litem,* Mr. William Gilinsky, would not be able to attend the hearing. Accordingly, this competency hearing is hereby rescheduled for **Tuesday, October 8, 2024 at 10:00 a.m. in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York.** This Order has been sent via e-mail to Mr. Gilinsky to inform him of the rescheduled hearing date. Mr. Gilinsky is hereby directed to attend the hearing on October 8. This email has also been sent via e-mail to Plaintiff.

       **SO ORDERED.**

DATED:         New York, New York
                    August 27, 2024                        VALERIE FIGUEREDO
                                                                United States Magistrate Judge