UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RONALD DAVIDSON,

                            Plaintiff,                22-CV-8936 (PGG) (VF)

         -against-                  **ORDER SCHEDULING
                                                                     COMPETENCY HEARING**

OFFICE OF COURT ADMINISTRATION;
LAWRENCE MARKS; ALIA RAZZAQ;
TRACEY FERDINAND; JOHN SULLIVAN;
JOHN DOE; and DENIS KEHOE,

                            Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge.**

       The Rule 17 competency hearing held on Tuesday, October 8, 2024, ECF No. 107, is hereby continued to **Monday, October 28, 2024 at 10:00 a.m. in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York.** Ms. Danica Washington and Ms. Safiya Ahmed, two case workers from Adult Protective Services who evaluated Plaintiff, are hereby directed to appear on October 28, 2024 to provide testimony at the hearing. This order has been sent via e-mail to Ms. Washington, Ms. Ahmed, and Plaintiff.

       **SO ORDERED.**

DATED:  New York, New York
              October 9, 2024

                                                                 VALERIE FIGUEREDO
                                                                 United States Magistrate Judge