UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RONALD DAVIDSON,

                                  Plaintiff,                          22-CV-8936 (PGG) (VF)

             -against-                             **ORDER**

OFFICE OF COURT ADMINISTRATION, et al.,

                                  Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge.**

      Plaintiff is directed to file a response and/or corrections to the October 28, 2024 competency hearing transcript by **March 13, 2025**.

      The *pro se* office is hereby directed to mail a copy of this order along with a copy of the October 28, 2024 competency hearing transcript at ECF No. 116 to Plaintiff.

      **SO ORDERED.**

DATED: New York, New York
          January 16, 2025

                                                            VALERIE FIGUEREDO
                                                            United States Magistrate Judge