UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RONALD DAVIDSON,

                             Plaintiffs,                  **22-CV-8936 (PGG) (VF)**

          -against-                               **ORDER**

OFFICE OF COURT ADMINISTRATION;
LAWRENCE MARKS; ALIA RAZZAQ;
TRACEY FERDINAND; JOHN SULLIVAN;
JOHN DOE; and DENIS KEHOE,

                             Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      On August 26, 2024, the Court issued an order directing Defendants to file their motion to dismiss Plaintiff's first amended complaint by Friday, September 27, 2024. ECF No. 103. The Court stayed this deadline on August 27, 2024, pending a resolution of the Rule 17 competency hearing. ECF No. 106. Plaintiff's competency hearing was held on October 8, 2024, and October 28, 2024. ECF Nos. 107 and 109. The Court will issue a written decision addressing Plaintiff's competency under Rule 17 but in the meantime, Defendants are directed to answer or move to dismiss Plaintiff's first amended complaint (see ECF No. 34) by **March 31, 2025.**

      **SO ORDERED.**

DATED:         New York, New York
                 February 24, 2025

                                                 _____
                                                 VALERIE FIGUEREDO
                                                 United States Magistrate Judge