**New York State**
**Unified Court System**

Office of Court Administration • Counsel's Office

Hon. Joseph A. Zayas
Chief Administrative Judge

Hon. Norman St. George
First Deputy Chief Administrative Judge

David Nocenti
Counsel

> **MEMO ENDORSED**
> /s/
> HON. VALERIE FIGUEREDO
> UNITED STATES MAGISTRATE JUDGE
>
> Dated: 3/31/2025
>
> The extension requested herein is GRANTED.
>
> The Clerk of Court is respectfully directed to terminate the gavel at ECF No. 125.

March 27, 2024

**BY ECF**
Hon. Valerie Figueredo
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: <u>Davidson v. Office of Court Administration, et al.</u>
          S.D.N.Y., 22 cv 8936 (PGG)(VF)

Dear Magistrate Judge Figueredo:

      This Office represents defendants Office of Court Administration ("OCA"), the Honorable Joseph Zayas, Lawrence Marks, and Tamiko Amaker[1], as well as former Chief Clerk Alia Razzaq, and John Sullivan in this action. We write this letter to respectfully request a short extension of time from Monday March 31 to Friday April 4, 2025 to submit the proposed motion to dismiss, as set by the Court's Order, dated February 24, 2025 (ECF # 124). As the Court is aware, the operative complaint is over 1290 pages with a variety of claims alleged against the five defendants named above and four New York City Civil Court-Housing Court judges, whom, on information and belief, have not been served.

      We sent an email request earlier today to Mr. Davidson but as of the time of this submission we have not received a response. This is the first request for an extension of time to file the anticipated motion.

      Thank you for your attention to this matter.

                                        Respectfully submitted,

                                           /S/
                                        Michael J. Siudzinski
                                        Assistant Deputy Counsel

cc:    Ronald Davidson, *plaintiff pro se*, via e-mail

---

[1] Judge Zayas is the current Chief Administrative Judge ("CAJ") for OCA. Judge Marks was the prior Chief Administrative Judge ("CAJ") for OCA until his retirement in 2022, then followed by Judge Amaker, both of whom are still listed as defendants, despite the Court's October 2, 2023 Order (ECF #54) granting substitution of Judge Zayas for Judge Amaker.