UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RONALD DAVIDSON,

                       Plaintiffs,                       **22-CV-8936 (PGG) (VF)**

            -against-                              **ORDER**

OFFICE OF COURT ADMINISTRATION;
LAWRENCE MARKS; ALIA RAZZAQ;
TRACEY FERDINAND; JOHN SULLIVAN;
JOHN DOE; and DENIS KEHOE,

                       Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       On July 24, 2025, Plaintiff filed a letter stating that he did not meet the deadline to file his response to Defendants' motion to dismiss, noting that the Court did not respond to his request for an extension. ECF No. 141. To clarify, Plaintiff requested an extension on May 27, 2025 (see ECF No. 138), and the Court granted that request, giving Plaintiff until July 18, 2025, to file his opposition brief. ECF No. 139. As a courtesy, the Court will provide Plaintiff with one final extension of time to file an opposition. Plaintiff is directed to file his response to Defendants' motion to dismiss by **September 2, 2025**. If Plaintiff does not file an opposition by September 2, 2025, no further extensions of time will be granted, and the motion will be deemed fully briefed.

       Finally, as it concerns Plaintiff's difficulty attaching exhibits and filing electronically, Plaintiff may send a paper copy of his opposition by mail to the following address:

Pro Se Intake Unit
500 Pearl Street, Room 205
New York, New York 10007

      **SO ORDERED.**

DATED:    New York, New York
                July 25, 2025

                                                                         VALERIE FIGUEREDO
                                                                         United States Magistrate Judge